UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID F. DEAN, JR., | ) |
| | ) |
| Plaintiff | ) |
| v. | ) 1:11-cv-00427-DBH |
| | ) |
| CORIZON MEDICAL SERVICES, et al., | ) |
| | ) |
| Defendant | ) |

**RECOMMENDED DECISION**

On October 20, 2011, David Dean signed a complaint complaining about the medical treatment he was receiving for his bad back. Dean is a prisoner at the Maine State Prison. His complaint was accompanied by neither a filing fee nor an application to proceed without prepayment of the filing fee. On November 10, 2011, I issued an Order that Plaintiff either pay the required filing fee or file a properly completed application for leave to proceed *in forma pauperis*, by November 21, 2011, failing which I would issue a recommendation that the action be dismissed. As of today's date, Plaintiff has neither paid the required filing fee nor filed a properly completed application for leave to proceed *in forma pauperis*.

Accordingly, it is recommended that the Complaint be **DISMISSED** for plaintiff's failure to prosecute this action.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

November 28, 2011

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge