UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| DAVID F. DEAN, JR., | ) |
| | ) |
|       PLAINTIFF | ) |
| | ) |
| v. | )    CIVIL NO. 1:11-CV-427-DBH |
| | ) |
| CORIZON MEDICAL SERVICES, ET AL., | ) |
| | ) |
|       DEFENDANTS | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 28, 2011, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, her Recommended Decision. The time within which to file an objection expired on December 15, 2011, and no objection has been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Complaint is **DISMISSED** for the plaintiff's failure to prosecute this action.

**SO ORDERED.**

DATED THIS 23RD DAY OF DECEMBER, 2011

                                                /S/D. BROCK HORNBY
                                                **D. BROCK HORNBY**
                                                **UNITED STATES DISTRICT JUDGE**